UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Georgette Castner |
| v. | : | Crim. No. 25-106 (GC) |
| JAMIL HILL | : | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of Alina Habba, United States Attorney for the District of New Jersey (Ian D. Brater, Assistant U.S. Attorney, appearing), and defendant JAMIL HILL (Benjamin J. West, Esq., appearing) for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through September 28, 2025; and two continuances having previously been granted by this Court; and the defendant being aware that he has the right to proceed to trial within 70 days of the indictment filed in this case, pursuant to Title 18, United States Code, Section 3161(c)(1); and the defendant having waived such right and consented to the continuance; and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are ongoing, and both the United States and the defendant seek time to achieve a successful resolution of these negotiations, which would render trial of this matter unnecessary;

1

(2) Defense counsel requires time to review discovery, prepare and file appropriate motions, and otherwise prepare for trial;

(3) The defendant has consented to this continuance;

(4) The grant of a continuance will likely conserve judicial resources; and

(5) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 29th day of July, 2025,

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through September 28, 2025; and it is further

ORDERED that the period from the date this Order is signed through September 28, 2025 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. GEORGETTE CASTNER
United States District Judge

Form and entry consented to:

s/ Benjamin West

_____
Benjamin J. West, Esq.
Counsel for Defendant

s/ Ian D. Brater

_____
Ian D. Brater
Assistant U.S. Attorney